UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-60119-CR-HURLEY

UNITED STATES OF AMERICA,
    Plaintiff,

v.

HAROLD DORVIL,
    Defendant.
------------------------------------------/

## ORDER ADOPTING SEALED REPORT AND RECOMMENDATION AND APPOINTING APPELLATE COUNSEL

**THIS CAUSE** come before the court upon motion from counsel representing the defendant in the above captioned case to withdraw as counsel of record, [DE 60]; for the defendant to be declared indigent for purpose of appeal; and for appointment of appellate counsel. Pursuant to 11th Cir. R. Addendum Four, 11th Cir. plan under the Criminal Justice Act (b)(2), this court conducted an *in camera* hearing to determine whether defendant-appellant is indigent and financially unable to retain counsel for appeal. Based on those findings, it is

**ORDERED** and **ADJUDGED** that:

1. The Report and Recommendations of the United States Magistrate Judge are **adopted** and the defendant is declared indigent for appeal purposes.

2. The motion to withdraw, filed by counsel representing the defendant during trial proceedings, is **granted** and counsel is instructed to deliver the case file to the below named appointed Appellate Counsel.

3. The Federal Public Defender, 150 West Flagler Street, Miami, FL 33130-1555, is hereby **appointed Appellate Counsel.**

**DONE** and **SIGNED** in Chambers at West Palm Beach, Florida this __17__ day of April, 2008.

**copy furnished:**
Chief Magistrate Judge Ann E. Vitunac
Paul J. Donnelly, Esq.
The Federal Public Defender
United States Court of Appeal, 11th Circuit

Daniel T. K. Hurley
United States District Judge